**Fill in this information to identify the case:**

Debtor 1: Jonathan A Adams

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Maryland

Case number: 19-18043-LSS ( Greenbelt )

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 2171

**Date of payment change:**
Must be at least 21 days after date of this notice: 09/01/2020

**New total payment:** $ 3303.04
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 1072.20      New escrow payment: $ 1103.72

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %      New interest rate: _____ %

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

Debtor 1  **Jonathan A Adams**
First Name    Middle Name    Last Name

Case number (*if known*) **19-18043-LSS**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ **/s/ Christopher Peck**
Signature

Date **August 11, 2020**

Print: **Christopher Peck**
First Name    Middle Name    Last Name

Title **Attorney for Creditor**

Company **McMichael Taylor Gray, LLC**

Address **3550 Engineering Drive, Suite 260**
Number    Street

**Peachtree Corners,    GA    30092**
City    State    ZIP Code

Contact phone **404-474-7149**

Email **cpeck@mtglaw.com**

SN Servicing Corporation        Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   July 09, 2020

JONATHAN ALVIN ADAMS      Loan:
14003 MARY BOWIE PKWY      Property Address:
UPPER MARLBORO MD  20774      14003 MARY BOWIE PARKWAY
     UPPER MARLBORO, MD  20774

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Mar 2020 to Aug 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Sep 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 1,917.49 | 2,199.32  ** |
| Escrow Payment: | 1,072.20 | 1,103.72 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $2,989.69 | $3,303.04 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Oct 01, 2019 |
| Escrow Balance: | (8,502.00) |
| Anticipated Pmts to Escrow: | 11,794.20 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $3,292.20 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | (9,374.12) |
| Mar 2020 | | 1,051.15 | | | * | 0.00 | (8,322.97) |
| Mar 2020 | | | | 4,559.05 | * Homeowners Policy | 0.00 | (12,882.02) |
| Apr 2020 | | 543.31 | | | * Escrow Only Payment | 0.00 | (12,338.71) |
| May 2020 | | 1,051.15 | | | * | 0.00 | (11,287.56) |
| May 2020 | | 396.70 | | | * Escrow Only Payment | 0.00 | (10,890.86) |
| May 2020 | | 1,051.15 | | | * | 0.00 | (9,839.71) |
| Jun 2020 | | 265.51 | | | * Escrow Only Payment | 0.00 | (9,574.20) |
| Jul 2020 | | 1,072.20 | | | * | 0.00 | (8,502.00) |
| | | | | | Anticipated Transactions | 0.00 | (8,502.00) |
| Jul 2020 | | 10,722.00 | | | | | 2,220.00 |
| Aug 2020 | | 1,072.20 | | | | | 3,292.20 |
| | $0.00 | $17,225.37 | $0.00 | $4,559.05 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Page 1

SN Servicing Corporation  Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: July 09, 2020

JONATHAN ALVIN ADAMS                                                                                       Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 3,292.20 | 7,726.05 |
| Sep 2020 | 1,103.72 | 4,342.80 | County Tax | 53.12 | 4,486.97 |
| Oct 2020 | 1,103.72 | | | 1,156.84 | 5,590.69 |
| Nov 2020 | 1,103.72 | | | 2,260.56 | 6,694.41 |
| Dec 2020 | 1,103.72 | 4,342.80 | County Tax | (978.52) | 3,455.33 |
| Jan 2021 | 1,103.72 | | | 125.20 | 4,559.05 |
| Feb 2021 | 1,103.72 | | | 1,228.92 | 5,662.77 |
| Mar 2021 | 1,103.72 | 4,559.05 | Homeowners Policy | (2,226.41) | 2,207.44 |
| Apr 2021 | 1,103.72 | | | (1,122.69) | 3,311.16 |
| May 2021 | 1,103.72 | | | (18.97) | 4,414.88 |
| Jun 2021 | 1,103.72 | | | 1,084.75 | 5,518.60 |
| Jul 2021 | 1,103.72 | | | 2,188.47 | 6,622.32 |
| Aug 2021 | 1,103.72 | | | 3,292.19 | 7,726.04 |
| | $13,244.64 | $13,244.65 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 2,207.44.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 2,207.44 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,292.20.  Your starting balance (escrow balance required) according to this analysis should be $7,726.05.  This means you have a shortage of 4,433.85.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 13,244.65.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 2

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 1,103.72 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $1,103.72 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **NOTICE OF MORTGAGE PAYMENT CHANGE** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail:**
Jonathan A Adams
14003 Mary Bowie Parkway
Upper Marlboro, MD 20774


**Via CM/ECF electronic service:**
Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

Richard B. Rosenblatt
The Law Offices of Richard B Rosenblatt
30 Courthouse Square
Ste 302
Rockville, MD 20850


Dated:  August 11, 2020

                                                Respectfully submitted,

                                                /s/ Christopher T. Peck
                                                Christopher T. Peck, Maryland Bar No. 19622
                                                MCMICHAEL TAYLOR GRAY, LLC
                                                3550 Engineering Drive, Suite 260
                                                Peachtree Corners, GA 30092
                                                Telephone: (404) 474-7149
                                                Facsimile: (404) 745-8121
                                                E-mail: cpeck@mtglaw.com